## <u>SPECIAL CONDITIONS OF RELEASE</u>

Re: Mendoza Hernandez, Carlos Ivan
No.: 2:26-MJ-040-AC
Date:April 14, 2026

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for **more than 24 hours** without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **excessive** use of alcohol;

9. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used; and

10. You must report any contact with law enforcement to your pretrial services officer **within 24 hours.**