ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CARLOS IVAN MENDOZA HERNANDEZ,<br><br>                                    Defendant. | CASE NO.  2:26-CR-0053 DAD<br><br>NOTICE OF LODGING ELECTRONIC VIDEO EXHIBIT ON DISC WITH COURT UNDER SEAL |

The United States hereby provides notice that it is filing today with the Court two hard-copy discs containing video files from a white Tesla on April 7, 2026, which are lodged as Government Exhibit C in support of its Motion to Revoke the Magistrate Judge's Release Order.

Dated:  April 16, 2026                                  ERIC GRANT
                                                                      United States Attorney


                                                              By:  /s/ *Jason Hitt*
                                                                      JASON HITT
                                                                      Assistant United States Attorney

NOTICE OF LODGING                                        1