**Government Exhibit C – Submitted Under Seal**
**Video from white Tesla on April 7, 2026**