**Government Exhibit D – Submitted Under Seal**
**Lab Report from Doctors Medical Center of Modesto for Carlos Mendoza Hernandez**