ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MENDOZA HERNANDEZ,<br><br>Defendant. | CASE NO. 2:26-CR-0053-DAD<br><br>ORDER SEALING GOVERNMENT'S EXHIBITS C AND D IN SUPPORT OF ITS MOTION TO REVOKE THE MAGISTRATE JUDGE'S RELEASE ORDER |

Pursuant to Local Rule 141(b) and for the reasons contained in the Request to Seal filed by the United States, IT IS HEREBY ORDERED that the government's Exhibits C and D in support of its Motion to Revoke the Magistrate Judge's Release Order shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the government's Request to Seal that sealing the government's Exhibits C and D serves compelling interests that outweigh the general right of access to court documents and exhibits.  The Court further finds that, in the absence of closure, the compelling interests would be harmed.  In light of the public filing of its Notice of Request to Seal, the Court further finds that there are no additional alternatives to sealing the government's Exhibits C and D would adequately protect these compelling interests.

Accordingly, the Court orders Exhibits C and D, as well as the Government's Request to Seal, to be filed under seal until further Order of this Court.

IT IS SO ORDERED.

Dated:   **April 16, 2026**            _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE