HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
DAVID HARSHAW, KY Bar No. 86435
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CARLOS MENDOZA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS MENDOZA HERNANDEZ, <br><br> Defendant. | Case No. 2:26-cr-0053-DAD <br><br> **NOTICE OF LODGING ELECTRONIC VIDEO EXHIBITS A THROUGH D ON USB DRIVE WITH COURT UNDER SEAL** |

Defendant Carlos Mendoza Hernandez hereby notifies the Court that he is today filing a USB drive containing four (4) video files, which are lodged as Defendant's Exhibits A through D in support of his Opposition to Motion to Revoke the Magistrate Judge's Bail Order.


HEATHER WILLIAMS
Federal Defender


Date: April 17, 2026          /s/ *David Harshaw*
DAVID HARSHAW
Assistant Federal Defender
Attorneys for Defendant
CARLOS MENDOZA HERNANDEZ