# Exhibit A

News Video

Lodged at Dkt. 20