# Exhibit B

Second-in-line Tesla Video

Lodged at Dkt. 20