# Exhibit C

Second-in-line Tesla Video

Zoomed in and slowed down

Lodged at Dkt. 20