# Exhibit D

First-in-line Tesla Video

Zoomed in and slowed down

Lodged at Dkt. 20