# Exhibit E

Letters of Support



April 16, 2026

Most Honorable Judge Dale A. Drozd,

Faith in the Valley, a faith-based nonprofit in California's Central Valley, writes this letter in strong support of Carlos Iván Mendoza Hernández and his family. We have had the privilege of working alongside Mr. Mendoza Hernández' family by providing community support, services, and accompaniment during a time of significant uncertainty.

Carlos is a valued and trusted member of our community who consistently demonstrates integrity, compassion, and a deep commitment to their family and those around them. They are someone who shows up for others, whether through volunteering, supporting neighbors, participating in community, or faith-based activities. His presence has had a meaningful and positive impact on our broader community.

As Carlos and his family navigate federal court proceedings, it is critical that they are not left to face this process in isolation. Community accompaniment from our organization helps ensure that individuals can participate fully in their legal proceedings with dignity and support. Our presence reflects not only solidarity, but also the strong community ties, accountability, and stability that Carlos and his family maintain.

Faith in the Valley's accompaniment model is rooted in consistent, organized support. We maintain ongoing communication with community members regarding their cases and provide regular follow-up to ensure no one falls through the cracks. Accompaniment team members meet individuals prior to their court appearances to offer encouragement and emotional support, remain present throughout the duration of the appointment, and are there immediately afterward to assist in processing the experience. When necessary, we also communicate with family members and/or legal representatives if urgent situations arise.

This work is grounded in compassion and presence. The role of accompaniment is not to interfere with legal proceedings, but to ensure that individuals feel supported and are not alone during what can be an overwhelming process. The presence of community members also signals to the Court that the individual has meaningful ties and a reliable support network.

In addition to legal and non-legal accompaniments, our broader efforts in the 8 Central

Valley counties we serve (i.e. San Joaquin, Stanislaus, Merced, Madera, Fresno, Kings, Tulare, and Kern) include helping individuals and families navigate complex systems by connecting them to reputable legal and social resources, assisting with language access when possible, and supporting family stability during times of stress.

Carlos has demonstrated responsibility and reliability, and he remains deeply rooted in this community. His family, friends, and support network are committed to standing with him and his family throughout this process.

We respectfully urge that Carlos Iván Mendoza Hernández be afforded the space and support necessary to move through these proceedings with dignity. His strong community connections and character reflect the values we seek to uphold.

Thank you for your time and consideration.

Sincerely,

Pastor Curtis L. Smith IV, M.A.
Executive Director
Faith in the Valley

April 16, 2026

Most Honorable Judge Dale A. Drozd,

We, the undersigned local elected officials, write in strong support of Faith in the Valley's active role in accompanying Carlos Ivan Mendoza Hernandez and his family through their court process. In our roles serving the public, we have had the opportunity to witness and understand the impact that organizations like this have on the wellbeing and stability of our constituents.

Our communities are strengthened by Faith in the Valley, as they show compassion, reliability, and a commitment to the common good. This organization embodies these values. They have established meaningful ties to this community and are supported by a strong network of family, friends, and local institutions. Through their work ethic, they have earned the trust and respect of those around them.

It is our understanding that Faith in The Valley has been actively accompanying the family and will continue to do with Carlos. They'll be offering support while affirming the importance of complying with the legal conditions given by the court.

As elected officials, we recognize the importance of evaluating every circumstance. Based on our knowledge and the perspectives shared within our communities, we believe that Faith in the Valley reflects the qualities of good moral character and remain a valued strategic partner of the community to ensure this and future accompaniments for Carlos Ivan Mendoza Hernandez and his family.

We respectfully offer this letter in support of Faith in the Valley and urge that their character, contributions, and community ties be taken into full consideration.

Thank you for your time and consideration.

Sincerely,

Gabriela Hernandez, Council Member District A
City of Patterson

Carlos Roque, Council Member District D
City of Patterson

Jessica Romero, Council Member District B
City of Patterson

Channce A. Condit, Supervisor District 5 (Patterson)
Stanislaus County

Rachel Hernandez, Mayor
City of Riverbank

Chris Ricci, Council Member District 3
City of Modesto

John Casselberry, Board President
Stanislaus Union School District

Gricelda Garcia, Trustee
Stanislaus Union School District

Homero Mejia, Current Board President
Modesto City Schools Board of Trustees Area 6

Jaron Brandon

Tuolumne County Supervisor



Most Honorable Judge Dale A. Drozd,

My name is Fr. Misael Avila, and I work with the immigration program for Catholic Charities of the Diocese of Stockton. I write to you in that capacity, and also as a priest who has accompanied many families through moments of crisis, transition, and uncertainty. In this work, I have learned to distinguish between isolated individuals and those who are deeply rooted in family, faith, and community. Carlos Iván Mendoza Hernández is firmly in the latter group.

Carlos and his fiancée, Cindy Ramírez, are active members of Sacred Heart Catholic Church in Patterson, California. Their daughter, Zoe, was baptized in this parish, and their family has been part of this community life for several years.

I want to be clear that I am not taking sides in this case. We respect the law and the judicial process. My duty as a shepherd is to accompany those entrusted to my care and to offer moral support to Carlos and his family during this difficult time. What I am asking for is the minimum any person can ask: that he be treated with respect, that his inherent human dignity be recognized, and that compassion guide the way forward. At the same time, our community hopes for justice and accountability in accordance with the truth. I trust in the wisdom of the Court and in Your Honor's commitment to a fair and truthful process.

In my experience with Carlos and his family, I have come to know the following:

- Carlos is not alone. He is surrounded by a strong network of family, parishioners, and community members who care deeply for him.
- He is a devoted father. Zoe is one year and ten months old; her well-being depends greatly on the presence of both her parents, and Carlos has consistently shown himself to be a stabilizing and loving figure in her life.
- He has never had any problems in the community. To my knowledge, he has lived peacefully and cooperatively with his neighbors and has not been a source of conflict.
- He is a man of peace who strives to live his Catholic values. In his parish, he has been respectful, humble, and sincere in his desire to grow as a father and as a person of faith.

In my faith tradition, dignity is not earned by perfection but recognized as inherent in every person. My request is simply that this dignity be honored as the Court evaluates his situation. Whatever the outcome, I stand ready to support Carlos, Cindy, and Zoe as they continue to build a peaceful and responsible life.

For these reasons, I kindly and respectfully ask Your Honor to recognize the stabilizing role that family, faith, and community support have played in Carlos's life.



Thank you for your time, your attention, and your service to justice. Please be assured of my prayers for wisdom and fairness as you consider the matters before you.

Respectfully,
**Fr. Misael Avila**
Catholic Charities, Diocese of Stockton



**Sacred Heart Catholic Church**
529 I Street
Patterson, CA 95363

**A Vincentian Community**

April 17, 2026

Most Honorable Judge Dale A. Drozd,

We write to you as representatives of Sacred Heart Catholic Church in Patterson, California, in support of Carlos Ivan Mendoza Hernandez and his family, who are part of our parish community.

Carlos, alongside his fiancée Cindy Ramirez, has been connected to our parish through their faith and family life. Their daughter received the Sacrament of Baptism in our church — a meaningful and sacred moment that reflects a commitment to raising their child within the Catholic faith and community. Through this, Carlos and his family have been part of the spiritual life of our parish.

As a faith community, we are called to accompany our members in all moments of life — especially during times of difficulty and uncertainty. Our role is not to speak to the legal matters before the Court, but to affirm the dignity of every person and the importance of community, faith, and family support.

From our pastoral perspective, Carlos is known to us as a man who values his family and is connected to his faith. We have witnessed the importance of these relationships in his life, particularly in his role as a father and partner.

We also recognize the importance of accountability, responsibility, and respect for the law. As a parish community, we support efforts that encourage individuals to meet their obligations while remaining grounded in the support systems that help guide them toward stability and responsibility.

We offer this letter to affirm that Carlos is not alone — he is part of a family and a faith community that continues to support and accompany him. We believe that these connections are important as he navigates this process.

We respectfully ask the Court to consider the role of family, faith, and community support as part of the broader context of Carlos's life.

Respectfully,

**Rev. Nhan H. Tran, Pastor**
Sacred Heart Catholic Church



Headquarters
445 North San Joaquin Street
Stockton, CA 95202-2026

TEL 209.644.2600
FAX 209.644.2642

April 16, 2026


Judge Dale A. Drozd
United States District Judge for the Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street, Suite 4-200
Sacramento, CA 95814


Most Honorable Judge Dale A. Drozd,

As President and CEO of El Concilio California (ECC) – northern California's largest Hispanic-led multiservice agency – it is my pleasure to provide this letter in strong support of Carlos Ivan Mendoza Hernandez – a valued and respected member of our broader Central Valley community.

Through our collective work across community, service, labor, and advocacy sectors, ECC has come to know Carlos and his family as community members who consistently demonstrate integrity, compassion, and a deep commitment to their family and their Patterson community. Their presence has had a meaningful and positive impact on those around them.

ECC has witnessed Carlos and his family's responsibility, reliability, and deep roots in Patterson. They are supported by a broad network of family, friends, and community members who are committed to standing with them throughout this process. Our collective presence reflects not only solidarity, but also the strong community ties, accountability, and stability that Carlos and his family maintain.

As such, ECC respectfully urges that Carlos be afforded the space and support necessary to move through these proceedings with dignity. His connection to this community is strong, and he and his family's character reflects the values we strive to uphold.

Thank you for your time and consideration.


Sincerely,

José R. Rodriguez
President and CEO



April 17, 2026

EMAC joins Faith in the Valley along with other advocates and organizations in calling for urgent national attention following the shooting and subsequent treatment of Carlos Ivan Mendoza Hernandez, who was shot seven times by ICE officers in Patterson, California on April 7.

After undergoing four critical surgeries, Mr. Mendoza Hernandez was removed from the ICU on April 13 and immediately placed into FBI custody. Despite his critical condition, he was transferred multiple times in a single day, from the hospital in Modesto to Sacramento County Jail and then back down to Stanislaus County Jail. On April 14, he was transported to a court hearing in Sacramento where he appeared visibly incapacitated, confined to a wheelchair, unable to speak clearly, and in no condition to participate. He should have been recovering in a hospital, not forced into legal proceedings. Yet, he was transferred once again to Yuba County Jail.

On April 16, his legal team lost track of his whereabouts for hours following a reported transfer from Yuba County Jail to Nevada County Jail. Authorities failed to communicate with his attorneys. Hours later he was located at Taft State Prison near Bakersfield—over 250 miles away—raising serious concerns about access to medical care, food, and legal counsel.

Carlos Ivan Mendoza Hernandez has no criminal record and has been a member of the Patterson community for four years.

"This is not normal. This is not humane. This is not justice," said Faith in the Valley. "Carlos should be in a hospital recovering—not moved between facilities and denied access to care and counsel."

His fiancée, Cindy, shared:
"Carlos is a loving father and devoted to his family. His greatest wish is to return home to his daughter. We want Carlos back with us."




"The way he was discharged without being fully recovered and secretly removed from the hospital is not how a human being should be treated. His rights have been violated from the very beginning."

His attorney, Patrick, stated:
"Carlos should still be in the hospital. There is no guarantee he is recovering. His well-being must be the priority."

"Multiple agencies are failing to communicate and are creating barriers to his access to legal counsel. This raises serious concerns about transparency and accountability."

We are calling for:

- Full access to legal counsel and appropriate medical care
- Transparency regarding his condition and custody
- An independent investigation into the shooting and treatment

Call to Action:
Community members are urged to contact local, regional, and state elected officials and demand accountability. Public pressure is critical to ensuring Carlos receives the care and due process he is entitled to.

No one, regardless of immigration status, should be denied basic human rights, medical care, or justice.

Sincerely,

Learkana Chong
Organizational Development Director
EMAC