HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
DAVID HARSHAW, KY Bar No. 86435
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CARLOS MENDOZA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-0053-DAD |
| Plaintiff, | |
| vs. | Order Sealing Defendant's Exhibits A through D in Support of Opposition to Motion to Revoke Magistrate Judge's Bail Order |
| CARLOS MENDOZA HERNANDEZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and for the reasons contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that Defendant's Exhibits A and D in support of His Opposition to Motion to Revoke the Magistrate Judge's Bail Order shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request to Seal that sealing Defendant's Exhibits A through D serves compelling interests that currently outweigh the general right of access to court documents and exhibits. The Court further finds that, in the absence of closure, the compelling interests may be harmed. In light of the public filing of its Notice of Request to Seal, the Court

finds that there are no present alternatives to sealing Defendant's Exhibits A and D that would adequately protect these compelling interests.

Accordingly, the Court orders Exhibits A through D, as well as Defendant's Request to Seal, to be filed under seal until further Order of this Court.

IT IS SO ORDERED.

Dated:   **April 20, 2026**   _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE