ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

**Apr 30, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS IVAN MENDOZA HERNANDEZ,<br><br>Defendant. | CASE NO. 2:26-CR-00053 DAD<br><br>18 U.S.C. §§ 111(a)(1), (b) – Assault on a Federal Agent with a Deadly or Dangerous Weapon (2 counts); 18 U.S.C. § 1361 – Destruction of Government Property; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 111(a)(1), (b) – Assault on a Federal Officer with a Deadly or Dangerous Weapon]

The Grand Jury charges: T H A T

CARLOS IVAN MENDOZA HERNANDEZ,

defendant herein, on April 7, 2026, in Stanislaus County, State and Eastern District of California, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer employed by the Department of Homeland Security, while that law enforcement officer was engaged in and on account of the performance of his official duties, and in commission of the offense used a deadly and dangerous weapon, specifically, the defendant drove his car at Agent 1 at approximately 6:28:18 a.m., in violation of Title 18, United States Code, Sections 111(a)(1), (b).

///

INDICTMENT

1

COUNT TWO: [18 U.S.C. §§ 111(a)(1), (b) – Assault on a Federal Officer with a Deadly or Dangerous Weapon]

The Grand Jury further charges: T H A T

CARLOS IVAN MENDOZA HERNANDEZ,

defendant herein, on April 7, 2026, in Stanislaus County, State and Eastern District of California, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a federal law enforcement officer employed by the Department of Homeland Security, while that law enforcement officer was engaged in and on account of the performance of his official duties, and in commission of the offense used a deadly and dangerous weapon, specifically, the defendant drove his car at Agent 1 at approximately 6:28:25 a.m., in violation of Title 18, United States Code, Sections 111(a)(1), (b).

COUNT THREE: [18 U.S.C. § 1361 – Destruction of Government Property]

The Grand Jury further charges: T H A T

CARLOS IVAN MENDOZA HERNANDEZ,

defendant herein, on April 7, 2026, in Stanislaus County, State and Eastern District of California, did willfully injure and commit a depredation against property of the United States and of any department or agency thereof, to wit, a Ford F-150 pickup owned by the Department of Homeland Security, and the resulting damage was more than $1,000, in violation of Title 18, United States Code, Section 1361.

FORFEITURE ALLEGATION: [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.      Upon conviction of the offense alleged in Count Three of this Indictment, defendant CARLOS IVAN MENDOZA HERNANDEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violation, including but not limited to:

a.      A sum of money equal to the amount of proceeds traceable to such offense, for which the defendant is convicted.

2.      If any property subject to forfeiture, as a result of the offense alleged in Count Three of this Indictment, for which defendant is convicted:

INDICTMENT

2

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUS...
FOREPERSON

ERIC GRANT
United States Attorney

INDICTMENT

3

No. _ _ _ _ _ _ _ _ _ _

---

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

CARLOS IVAN MENDOZA HERNANDEZ

---

### I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. §§ 111(a)(1), (b) - Assault on a Federal Agent with a Deadly or
Dangerous Weapon (Two Counts);
18 U.S.C. § 1361 – Destruction of Government Property;
18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

---

*A true bill,*

**/s/ Signature on file w/AUSA**
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ 30th *day*

*of*  _April_ _ _ _ _ _ _ _ _ _ *, A.D. 20* 26 _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ /s/ J. Murphy_ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

---

*Bail, $* No process necessary.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

**United States v. Carlos Mendoza Hernandez**
**Penalties for Indictment**
**2:26-CR 00053 DAD**

## COUNT ONE

VIOLATION:          18 U.S.C. §§ 111(a)(1), (b) – Assault on a federal officer with a
                    deadly or dangerous weapon

PENALTIES:          Maximum of up to 20 years in prison
                    Fine of up to $250,000; or both fine and imprisonment
                    Term of supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

## COUNT TWO

VIOLATION:          18 U.S.C. §§ 111(a)(1), (b) – Assault on a federal officer with a
                    deadly or dangerous weapon

PENALTIES:          Maximum of up to 20 years in prison
                    Fine of up to $250,000; or both fine and imprisonment
                    Term of supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

## COUNT THREE

VIOLATION:          18 U.S.C. § 1361 – Destruction of Government Property

PENALTIES:          Maximum of up to 10 years in prison
                    Fine of up to $250,000; or both fine and imprisonment
                    Term of supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

## FORFEITURE ALLEGATION

VIOLATION:          18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

PENALTIES:          As stated in the charging document

1