HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
david_harshaw@fd.org

Attorneys for Defendant
CARLOS IVAN MENDOZA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.  2:26-cr-00053-DAD |
| Plaintiff, | STIPULATION AND ORDER TO VACATE PRELIMINARY HEARING AND PLACE CASE ON CRIMINAL CALENDAR FOR ARRAIGNMENT AND STATUS |
| v. | |
| CARLOS IVAN MENDOZA HERNANDEZ, | |
| | Date:  May 4, 2026 |
| | Time:  9:30 a.m. |
| Defendant. | Judge:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant Federal Defender David Harshaw, counsel for defendant, and Assistant United States Attorney Jason Hitt, counsel for plaintiff, that the preliminary hearing scheduled for May 5, 2026, at 2:00 p.m. be vacated, and that the case be placed on this Court's criminal calendar at 9:30 a.m. on May 4, 2026, in Courtroom 4 before District Judge Dale A. Drozd for arraignment and status.

There are two reasons for this stipulation: (i) the preliminary hearing has been mooted by an indictment and (ii) streamlining this case—with fewer trips from California City Detention Facility to Sacramento and back—is in the best interest of the defendant, who is still recovering from his wounds.

///

///

Dated: April 30, 2026                                 Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Public Defender

                                                      /s/ David Harshaw
                                                      DAVID HARSHAW
                                                      Assistant Federal Defender
                                                      Attorneys for Defendant
                                                      Carlos Ivan Mendoza Hernandez


Dated: April 30, 2026                                 ERIC GRANT
                                                      United States Attorney

                                                      /s/ Jason Hitt
                                                      JASON HITT
                                                      Assistant United States Attorney
                                                      Attorneys for the United States

*United States v. Mendoza Hernandez*
Stipulation to Vacate and Calendar

-2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:   **May 1, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

*United States v. Mendoza Hernandez*
Stipulation to Vacate and Calendar

-3-