HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
David H. Harshaw
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700
heather_williams@fd.org

Attorney for Defendant
Carlos Ivan Mendoza Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nº: 2:26-cr-0053-DAD |
| Plaintiff, | **NOTICE OF APPEARANCE - COCOUNSEL** |
| vs. | |
| CARLOS IVAN MENDOZA HERNANDEZ, | [No Hearing Requested] |
| Defendant. | |

PLEASE TAKE NOTICE that Federal Defender, Heather E. Williams, is appearing as co-counsel with Assistant Federal Defender David H. Harshaw to represent Defendant CARLOS IVAN MENDOZA HERNANDEZ in this case.

SUBMITTED: May 1, 2026.

HEATHER E. WILLIAMS
Federal Defender

s/ Heather E. Williams
HEATHER E. WILLIAMS
Federal Defender
Co-Counsel/Attorney for Defendant

*United States v. Mendoza Hernandez*     1     Notice of Appearance Co-Counsel