HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DAVID HARSHAW, KY Bar No. 86435
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Heather_Williams@fd.org
David_Harshaw@fd.org

Attorneys for Defendant
CARLOS MENDOZA HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MENDOZA HERNANDEZ,<br><br>Defendant. | Case No. 2:26-cr-0053-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: July 27, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, counsel for Plaintiff; and Federal Defender Heather Williams and Assistant Federal Defender David Harshaw, counsel for CARLOS MENDOZA HERNANDEZ, that the status conference, currently set for July 27, 2026, may be continued to October 19, 2026 with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. MENDOZA HERNANDEZ's arraignment on the indictment took place May 4, 2026. Dkt. 33.
2. To date, the government has disclosed 1709 pages of disclosure in two parts late May and June 2026.
   a. While defense counsel are still reviewing the disclosure, it is clear there is more

disclosure coming.

b. Specifically, Plaintiff has not disclosed the report of the Federal Bureau of Investigation's (FBI) forensic analysis of the Toyota C-HR Mr. MENDOZA HERNANDEZ drove when stopped by the Department of Homeland Security officers. Defense counsel must have this report, and adequate time to review it, as a prerequisite before being ready for trial.

3. Further, defense counsel still has investigation to do, some of which may be outside the United States, and may need to hire and consult with various experts to effectively represent Mr. MENDOZA HERNANDEZ.

4. Defense counsel has also identified potential pretrial motions and notices needing research, writing and filing to effectively represent Mr. MENDOZA HERNANDEZ.

5. Lastly, undersigned defense counsel believe a failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering their exercise of due diligence.

6. Furthermore, apart from the FBI report noted earlier, the government will need added time to provide additional disclosure as well as defense-requested records and does not object to the requested continuance.

7. Therefore, the parties stipulate the ends of justice are served by granting the continuance and outweigh the best interests of the public and Mr. MENDOZA HERNANDEZ in a speedy trial and respectfully request the Court so to find.

8. For time computation purposes under 18 U.S.C. § 3161 *et seq.* (the *Speedy Trial Act*), the parties request the days between May 4, 2026, and October 19, 2026 (inclusive), be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4)

a. as resulting from a court-ordered continuance at the defense's request,

b. based on a finding that the ends of justice served by granting the continuance outweigh the best interest of the public and Mr. MENDOZA HERNANDEZ in a speedy trial.

The parties therefore respectfully request this Court adopt the parties' *Stipulation* as its *Order*.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 23, 2026

*/s/ Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender
Attorneys for Defendant
CARLOS MENDOZA HERNANDEZ

Date: July 23, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' *Stipulation*, and good cause appearing therefrom, adopts the parties' *Stipulation* in its entirety as its order. The status conference previously scheduled for July 27, 2026, may be continued to October 19, 2026 at 9:30 a.m. with time between the dates excluded pursuant to Local Code T4.

IT IS SO ORDERED.

Dated: **July 23, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE